IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BROWN, JR.,<br><br>    Petitioner,<br><br>  v.<br><br>UNKNOWN,<br><br>    Respondent. | No. C 14-2114 LHK (PR)<br><br>ORDER OF DISMISSAL |

On May 8, 2014, petitioner, a state prisoner proceeding *pro se*, filed a declaration, which initiated this action. That same day, the court sent a notification to petitioner, informing him that he did not pay the filing fee, nor did he file a completed application to proceed in forma pauperis ("IFP"). Moreover, the court informed petitioner that he was required to file a federal petition for writ of habeas corpus within twenty-eight days. The court notified petitioner that the case would be dismissed if petitioner failed to comply with the deadline.

On June 13, 2014, petitioner paid the $5.00 filing fee. However, to date, petitioner has still not filed a federal petition for writ of habeas corpus. As more than twenty-eight days have passed since the court directed petitioner to file such petition, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: 6/20/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\HC.14\Brown114dispet.wpd