IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BROWN, JR., ) | No. C 14-2114 LHK (PR) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| UNKNOWN, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

    The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 6/20/14

                                           *Lucy H. Koh*
                                    LUCY H. KOH
                                    United States District Judge

Judgment
P:\PRO-SE\LHK\HC.14\Brown114jud.wpd